# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                    **CRIMINAL ACTION NO. 2:06CR100-P-B**

**ROBERT LEE JONES,**                                        **DEFENDANT.**

## ORDER OF CONTINUANCE

This matter comes before the court upon Defendant's Motion for Continuance [15-1]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for July 31, 2006. Defense counsel avers that he needs additional time to receive the exact weight of the subject cocaine base from the Government's crime lab so that he can better evaluate how a plea agreement should be structured.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from July 31, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [15-1] is hereby **GRANTED**;

(2) Trial of this matter is continued until Monday, August 28, 2006 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from July 31, 2006 to August 28, 2006 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is August 7, 2006; and

(5) The deadline for submitting a plea agreement is August 14, 2006.

**SO ORDERED** this the 20th day of July, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE